# ARCÉ LAW GROUP, PC

45 Broadway, Suite 2810
New York, NY 10006
P: 212-248-0120 / F: (212) 901-2107

January 17, 2025

Granted.

SO ORDERED:

1/17/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Via ECF**
**The Honorable Robert W. Lehrburger**
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Correa v. DPV Transportation, Inc., et al.
     Case No.: 24-cv-06224

Dear Judge Lehrburger:

  We represent the Plaintiff in the above referenced matter. We write to respectfully request a thirty (30) day extension of Plaintiff's deadline to file his motion for default judgement. Earlier today, the Court Ordered Plaintiff to file his motion by January 31, 2025. This is Plaintiff's first request for an extension and is necessitated by preparation for, and the prosecution of, a five-day arbitration hearing that Plaintiff's counsel has scheduled on another employment matter for the week of January 27, 2025. Because Defendants are in default, we cannot request their consent to this request.

  We appreciate Your Honor's attention to this matter.

Respectfully submitted,

**Arcé Law Group, P.C.**


*/s/ Gregory Kirschenbaum*
Gregory W. Kirschenbaum, Esq.