# ARCÉ LAW GROUP, PC

45 Broadway, Suite 2810
New York, NY 10006
P: 212-248-0120 / F: (212) 901-2107

> Granted. The conference will be rescheduled.
>
> SO ORDERED:
>
> 4/14/2025    /s/ signature
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

April 14, 2025

**Via ECF**
**The Honorable Robert W. Lehrburger**
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Correa v. DPV Transportation, Inc., et al.
      Case No.: 24-cv-06224

Dear Judge Lehrburger:

We represent the Plaintiff in the above referenced matter. We write Your Honor, with Defendant's consent, to respectfully request an adjournment of the Initial Conference, presently scheduled for April 22, 2025, and all pre-conference submissions.

This is the first request for an adjournment of the initial conference and is made because Plaintiff's counsel has a previously scheduled court-ordered mediation on April 22, 2025, as well as the fact that this matter was referred to automatic mediation pursuant to the Standing Order in employment matters. To that end, the mediation is presently scheduled for May 12, 2025.

Accordingly, we believe that it would be a prudent conservation of judicial time and resources to adjourn the initial conference until a date after the mediation (in the event that mediation is not fruitful). We appreciate the Court's consideration in this regard.

Respectfully submitted,

**Arcé Law Group, P.C.**

*/s/ Suzy Ezzat*
Suzy Ezzat, Esq.

cc:   Defendants' Attorneys of Record (Via ECF)