

45 Broadway, Suite 2810
New York, NY 10006
P: 212-248-0120 / F: (212) 901-2107

May 7, 2025

**<u>Via ECF</u>**
**The Honorable Robert W. Lehrburger**
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Request granted. The IPTC will be adjourned to a later date. The parties shall file a joint status report by the earlier of (i) five days after completion of the mediation, or (ii) July 7, 2025. The IPTC will not be extended beyond that time.
>
> SO ORDERED:
>
> 5/8/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

      Re:      **Correa v. DPV Transportation, Inc., et al.
            Case No.: 24-cv-06224**

Dear Judge Lehrburger:

      We represent the Plaintiff in the above referenced matter. We write Your Honor, in conjunction with Defendants, to respectfully request an adjournment of the Initial Conference, presently scheduled for May 15, 2025, and all pre-conference submissions.

      This is the second request for an adjournment of the initial conference. As Your Honor may recall, this matter was referred to automatic mediation pursuant to the Standing Order in employment matters and was scheduled to be mediated on May 12, 2025. However, the mediator had a sudden court appearance scheduled which necessitated the cancellation of the mediation. The Parties are currently coordinating new dates and hope to finalize in the coming days.

      Accordingly, we believe that it would be a prudent conservation of judicial time and resources to adjourn the initial conference until a date after the mediation (in the event that mediation is not fruitful). We appreciate the Court's consideration in this regard.

Respectfully submitted,

**Arcé Law Group, P.C.**

<u>/s/ Suzy Ezzat</u>
Suzy Ezzat, Esq.

cc:      Defendants' Attorneys of Record (Via ECF)