UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No.: 1:24-cv-06224
MIGUEL CORREA,

                        Plaintiff,

    -against-                                  **~~PROPOSED~~ JUDGMENT**

DPV TRANSPORTATION, INC., and DPV
TRANSPORTATION WORLDWIDE LLC,

                        Defendants.
-------------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 1, 2025; and Defendant DPV Transportation, Inc. and DPV Transportation Worldwide LLC, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Miguel Correa for the sum of Fifty Six Thousand Dollars ($56,000.00), including attorneys' fees and costs; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff, Miguel Correa, and against Defendant DPV Transportation, Inc. and DPV Transportation Worldwide LLC, for the sum of Fifty Six Thousand Dollars ($56,000.00), including attorneys' fees and costs.

Dated: New York, New York
       October 2, 2025

                                                    **SO ORDERED:**

                                                    Ronnie Abrams
                                                  United States District Judge